UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　　　　**Plaintiff**<br><br>V.<br><br>**KENNETH F. KOMENDA**<br>　　　　　**Defendant** | CIVIL ACTION<br><br>NO.  05-11590-GAO |

## NOTICE OF DEFAULT

Upon application of the Plaintiff,  **UNITED STATES OF AMERICA**  for an order of Default for failure of the Defendant,  **KENNETH F. KOMENDA**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  23  day of **JANUARY, 2006** .

　　　　　　　　　　　　　　　　　　　　　SARAH A. THORNTON
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　　　　　By:  **PAUL LYNESS**
　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Notice mailed to:**




(Default Notice.wpd - 3/7/2005)